In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-264 CV


____________________



JEFFERSON COUNTY APPRAISAL DISTRICT, Appellant



V.



SERVICE ZONE, INC., Appellee






On Appeal from the 172nd District Court 


Jefferson County, Texas


Trial Cause No. E-174,115






MEMORANDUM OPINION


 The appellant, Jefferson County Appraisal District, and the appellee, Service Zone,
Inc., filed a joint motion asking this Court to vacate the judgment of the trial court, and
remand the cause for entry of a judgment in accordance with the parties' agreement. The
Court finds the motion complies with Tex. R. App. P. 42.1(a)(2).

 It is, therefore, ordered that the judgment of the trial court is vacated without reference
to the merits and the cause is remanded to the 172nd District Court of Jefferson County,
Texas, for further proceedings in accordance with the parties' settlement agreement. Costs
are assessed against the party incurring such costs.

 VACATED AND REMANDED.




 _____________________________

 STEVE McKEITHEN

 Chief Justice




Submitted on May 8, 2008

Opinion Delivered May 15, 2008


Before McKeithen, C.J., Kreger and Horton, JJ.